| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Uncle Nearest, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TENNESSEE** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Advanced Spirits, LLC 2803 Buffalo Speedway Houston, TX 77098** | | | | | | **$595,350.35** |
| **Affinity Technology Partners 278 Franklin Rd. Bldg. 4 Ste 350 Brentwood, TN 37027** | | | | | | **$229,210.47** |
| **Berlin Packaging, LLC 525 West Monroe St. 14th Floor Chicago, IL 60661** | | | | | | **$250,139.36** |
| **Billups, LLC PO Box 22012 New York, NY 10087-2012** | | | | | | **$286,258.19** |
| **Clear Channel Outdoor 4830 N. Loop 1604 W Ste 111 San Antonio, TX 78249** | | | | | | **$271,821.21** |
| **Convesant 30501 Agoura Road Suite 200 Agoura Hills, CA 91301-4386** | | | | | | **$415,165.09** |
| **Deluxe PO Box 645635 Cincinnati, OH 45264** | | | | | | **$193,077.40** |

Debtor  **Uncle Nearest, Inc.**                                           Case number *(if known)*  _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Deluxe - 20UNCNEA 3680 Victoria Street North Saint Paul, MN 55126** | | | | | | $859,695.49 |
| **Genesis Global Recruiting 3000 SW 148 Ave. Ste 116 Hollywood, FL 33027** | | | | | | $1,418,759.53 |
| **Gunderson Dettmer 550 Allerton St. Redwood City, CA 94063** | | | | | | $268,739.00 |
| **iHeartMedia, Inc. 3400 W Olive Ave. Ste 550 Burbank, CA 91505** | | | | | | $177,799.84 |
| **Monalto Corporate Events, Inc. 11720 Amber Park Dr. Ste No. 160 Alpharetta, GA 30009** | | | | | | $1,207,126.30 |
| **Morgan, Lewis & Bockius, LLP 101 Park Ave. New York, NY 10178** | | | | | | $287,999.92 |
| **Oracle America Inc. 5612 Collections Center Drive Chicago, IL 60693** | | | | | | $581,000.33 |
| **Pollinate, Inc. 315 SW 11th Ave. Ste 200 Portland, OR 97205** | | | | | | $660,706.95 |
| **Pratt Corrugated Holdings, Inc. PO Box 933949 Atlanta, GA 31193** | | | | | | $277,691.10 |
| **The Brand Guild 1056 Thomas Jefferson St. NW Washington, DC 20007** | | | | | | $246,296.81 |
| **Tricorbraun Inc. 6 CityPlace Drive Ste 1000 Saint Louis, MO 63141** | | | | | | $357,374.00 |

Debtor    **Uncle Nearest, Inc.**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **VentraOps 1578 W San Bernardino Rd. Ste E Covina, CA 91722** | | | **Disputed** | | | **$199,120.00** |
| **Wedland Group 1601 Corporate Cir. #5807 Petaluma, CA 94955-8810** | | | | | | **$289,308.20** |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 3