**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| UNCLE NEAREST, INC.; | ) | Case No. 3:26-bk-30470 |
| NEAREST GREEN DISTILLERY, INC.; | ) | Case No. 3:26-bk-30471 |
| UNCLE NEAREST REAL ESTATE | ) | Case No. 3:26-bk-30472 |
| HOLDINGS, LLC; | ) | |
| | ) | |
| Debtors. | ) | |

**ORDER DISMISSING BANKRUPTCY CASES**

This matter came before the Court on the Motion of Phillip G. Young, Jr. (the "Receiver"),

the duly-appointed receiver for Uncle Nearest, Inc. ("Uncle Nearest"), Nearest Green Distillery,

Inc. ("Nearest Green"), and Uncle Nearest Real Estate Holdings, LLC ("UNRE") (Uncle Nearest,

Nearest Green, and UNRE collectively, the "Receivership Entities") to dismiss these three

bankruptcy cases (the "Bankruptcy Cases") filed by the Receivership Entities. Based upon the

Motion, and for good cause show,

It is FOUND that Fawn Weaver lacked the authority to file bankruptcy petitions on behalf of the Receivership Entities.

THEREFORE, it is ORDERED that these bankruptcy cases are hereby dismissed pursuant to 11 U.S.C. § 1112(b)(1).

###

/s/ Justin T. Campbell
Justin T. Campbell, Tn. Bar No. 31056
Thompson Burton PLLC
1801 West End Avenue, Suite 1550
Nashville, Tennessee 37203
Voice: (615) 465-6015
Fax: (615) 807-3048
Justin@thompsonburton.com

*Counsel for Receiver*