**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| UNCLE NEAREST, INC.; | ) | Case No. 3:26-bk-30470 |
| NEAREST GREEN DISTILLERY, INC.; | ) | Case No. 3:26-bk-30471 |
| UNCLE NEAREST REAL ESTATE | ) | Case No. 3:26-bk-30472 |
| HOLDINGS, LLC; | ) | Chapter 11 |
| | ) | Judge Suzanne Bauknight |
| Debtors. | ) | |

**MOTION TO SET EXPEDITED HEARING ON RECEIVER'S MOTION TO DISMISS
BANKRUPTCY CASES**

**COMES NOW** Phillip G. Young, Jr. (the "Receiver"), the duly-appointed receiver for

Uncle Nearest, Inc. ("Uncle Nearest"), Nearest Green Distillery, Inc. ("Nearest Green"), and Uncle

Nearest Real Estate Holdings, LLC ("UNRE") (Uncle Nearest, Nearest Green, and UNRE

collectively, the "Receivership Entities") pursuant to an Order Appointing Receiver entered by

Judge Atchley of the United States District Court for the Eastern District of Tennessee on August

22, 2025 (Case 4:25-cv-00038 (the "Receivership Case"), Doc. 39) (the "Receivership Order), and

respectfully requests that this Court set an expedited hearing on the Receiver's *Motion to Dismiss*

*Bankruptcy Cases or in the Alternative to Recognize the Receiver as Authorized Representative of*

*the Debtors* (the "Motion to Dismiss").

1.      The Receivership Entities filed their petitions for bankruptcy relief before this

Court on Wednesday, March 17, 2026. For the reasons set forth in the Motion to Dismiss, Fawn

Weaver does not have the requisite authority to file these bankruptcy cases.

2.      On March 18, 2026, the Receiver filed his Motion to Dismiss in each of the three

above-listed bankruptcy cases.

3.      The Receivership Entities have requested that certain motions (Joint Administration

and employment of CRO) be set for Thursday, March 19, 2026 on the Court's Chapter 11 docket.

4.      While the Receiver would certainly like to have a short window of time to prepare this matter to be heard before the Court, the Receiver asserts that it is imperative that the Motion to Dismiss be heard prior to or concurrent with the Receivership Entities currently filed motions.

5.      Accordingly, the Receiver requests that this Court set the Motion to Dismiss for expedited hearing at the Court's earliest and convenient hearing date, but not later than the presently filed motions from the Receivership Entities, and authorize such shortened notice period as the Court deems necessary, pursuant to Fed. R. Bankr. P. 9006 and L.R. 9006-1.

6.      The Receiver will provide notice of the expedited hearing to the U.S. Trustee, counsel for the Debtors, any parties requesting notice in this case, and any other parties that the Court may direct.

WHEREFORE, the Receiver respectfully requests that this Court:

1.      Grant this Motion setting the Receiver's Motion to Dismiss Bankruptcy Cases or in the Alternative to Recognize the Receiver as Authorized Representative of the Debtors for an expedited hearing; and

2.      Grant such further relief as the Court deems necessary and proper.

Respectfully Submitted,

/s/ Justin T. Campbell
Justin T. Campbell, Tn. Bar No. 31056
Thompson Burton PLLC
1801 West End Avenue, Suite 1550
Nashville, Tennessee 37203
Voice: (615) 465-6015
Fax:    (615) 807-3048
Justin@thompsonburton.com

*Counsel for Receiver*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served via the Court's ECF system and served via United States Mail and electronic mail on the following parties:

Lynn Tarpy
Kelli D. Holmes
Tarpy, Cox, Fleishman & Leveille, PLLC
Landmark Center North Tower
1111 N. Northshore Drive, Suite N-290
Knoxville, TN 37919
Ltarpy@tcflattorneys.com
kholmes@tcflattorneys.com

Office of the United States Trustee
800 Market Street
Suite 114
Knoxville, TN 37902

This 18th day of March 2026.

/s/ Justin T. Campbell.
Justin T. Campbell