**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| UNCLE NEAREST, INC.; | ) | Case No. 3:26-bk-30470 |
| NEAREST GREEN DISTILLERY, INC.; | ) | Case No. 3:26-bk-30471 |
| UNCLE NEAREST REAL ESTATE | ) | Case No. 3:26-bk-30472 |
| HOLDINGS, LLC; | ) | Chapter 11 |
| | ) | Judge Suzanne Bauknight |
| Debtors. | ) | |

**RECEIVER'S OBJECTION TO DEBTOR'S EXPEDITED
MOTION TO EMPLOY KENNETH A. WELT AS CHIEF RESTRUCTURING OFFICE**

**COMES NOW** Phillip G. Young, Jr. (the "Receiver"), the duly-appointed receiver for

Uncle Nearest, Inc. ("Uncle Nearest"), Nearest Green Distillery, Inc. ("Nearest Green"), and Uncle

Nearest Real Estate Holdings, LLC ("UNRE") (Uncle Nearest, Nearest Green, and UNRE

collectively, the "Receivership Entities") pursuant to an Order Appointing Receiver entered by

Judge Atchley of the United States District Court for the Eastern District of Tennessee on August

22, 2025 (Case 4:25-cv-00038 (the "Receivership Case"), Doc. 39) (the "Receivership Order), and

objects to the Debtor's Expedited Motion to Employ Kenneth A. Welt as Chief Restructuring

Officer (Doc. 6) (the "CRO Motion").

In support of this Objection, the Receiver relies upon the Receiver's Expedited Motion to

Dismiss Bankruptcy Cases or, in the Alternative to Recognize Receiver as Authorized

Representative of Debtors (the "Motion to Dismiss") filed contemporaneously herewith and

incorporated herein.  Whether these cases are dismissed or, alternatively, the Receiver is declared

to be the debtors' exclusive authorized representative, the CRO Motion should be denied.

WHEREFORE, the Receiver respectfully requests that this Court enter an Order which:

A.      Denies the CRO Motion; and

B.      Grants such other relief that the Court deems just and proper.

Dated this 18th day of March, 2026.

By:     /s/ Justin T. Campbell
Justin T. Campbell, Tn. Bar No. 31056
Thompson Burton PLLC
1801 West End Avenue, Suite 1550
Nashville, Tennessee 37203
Voice: (615) 465-6015
Fax:    (615) 807-3048
Justin@thompsonburton.com

*Counsel for Receiver*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via the Court's ECF system and served via United States Mail and electronic mail on the following parties:

Lynn Tarpy                                          Office of the United States Trustee
Kelli D. Holmes                                     800 Market Street
Tarpy, Cox, Fleishman & Leveille, PLLC              Suite 114
Landmark Center North Tower                         Knoxville, TN 37902
1111 N. Northshore Drive, Suite N-290
Knoxville, TN 37919
Ltarpy@tcflattorneys.com
kholmes@tcflattorneys.com


This 18th day of March 2026.

/s/ Justin T. Campbell.
Justin T. Campbell