

SO ORDERED.
SIGNED this 18th day of March, 2026

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Suzanne H. Bauknight
CHIEF UNITED STATES BANKRUPTCY JUDGE

_____

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| UNCLE NEAREST, INC, | § | Case No.: 3:26-bk-30470-SHB |
| | § | |
| Debtor In Possession. | § | Chapter 11 |
| | | |
| IN RE: | § | |
| | § | |
| NEAREST GREEN | § | Case No.: 3:26-bk-30471-SHB |
| DISTILLERY, INC., | § | |
| | § | |
| Debtor In Possession. | § | Chapter 11 |
| | | |
| IN RE: | § | |
| | § | |
| UNCLE NEAREST REAL | § | Case No.: 3:26-bk-30472-SHB |
| ESTATE HOLDINGS, LLC, | § | |
| | § | |
| Debtor In Possession. | § | Chapter 11 |

**ORDER EXPEDITING HEARING ON MOTION FOR ENTRY OF AN ORDER (I)
DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES AND (II)
GRANTING RELATED RELIEF**

Upon motion by the Debtors, and for good cause shown, the Motion to Expedite the Hearing on Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases And (II) Granting Related Relief is GRANTED.

# # #

*s/Kelli D. Holmes*
Kelli D. Holmes (042256)
Lynn Tarpy (006017)
Tarpy, Cox, Fleishman & Leveille, PLLC
1111 N. Northshore Drive, Suite N-290
Knoxville, Tennessee 37919
(865) 588-1096
kholmes@tcflattorneys.com
ltarpy@tcflattorneys.com