# EXHIBIT A

*Figure 1. NielsenIQ Retail Scan Data – Uncle Nearest Retail Sales Performance*

| NIELSEN (NIQ) RETAIL SCAN DATA | | | |
|---|---|---|---|
| Period | Uncle Nearest $ Growth | Market $ Growth | Delta |
| January 2025 | 30.2% | -1.0% | 31.2 pts |
| February 2025 | 5.4% | -7.1% | 12.5 pts |
| March 2025 | -1.1% | -4.3% | 3.2 pts |
| April 2025 | 7.0% | -4.9% | 11.9 pts |
| May 2025 | 1.3% | -5.0% | 6.3 pts |
| June 2025 | 1.3% | -0.4% | 1.7 pts |
| July 2025 | 0.7% | -4.6% | 5.3 pts |
| **Bank Lawsuit Announced** | | | |
| August 2025 | 7.2% | -0.6% | 7.8 pts |
| **Receiver Appointed** | | | |
| September 2025 | -8.2% | -6.8% | -1.4 pts |
| October 2025 | -25.3% | -11.0% | -14.3 pts |
| November 2025 | -14.8% | -7.7% | -7.1 pts |
| December 2025 | -23.8% | -9.0% | -14.8 pts |
| January 2026 | -26.8% | -8.5% | -18.3 pts |
| February 2026 | -19.1% | -3.1% | -16 pts |
| By January 2026, Uncle Nearest underperformed the market by 18.3 percentage points. By February 2026, that underperformance was 16.0 percentage points, **reflecting a 47.2-point reversal** from January 2025, when the brand outperformed the market by 31.2 percentage points. | | | |

*Figure 2. Nearest Green Distillery Visitor Trends*

**NEAREST GREEN DISTILLERY: GROWTH PRE-RECEIVERSHIP/DECLINE POST-RECEIVERSHIP**

| | Week | Merchandise + Whiskey Revenue % change | Tour Revenue % change | Combined Tour + Merchandise + Whiskey Revenue % change | Tour/Tasting Attendance %change |
|---|---|---|---|---|---|
| Week 1 | 12/30-1/5 | 39% | 76% | 49% | 71% |
| Week 2 | 1/6-1/12 | -68% | -73% | -69% | -66% |
| Week 3 | 1/13-1/19 | 206% | 207% | 206% | 124% |
| Week 4 | 1/20-1/26 | -18% | 35% | -7% | 15% |
| Week 5 | 1/27-2/2 | -18% | 8% | -12% | 2% |
| Week 6 | 2/3-2/9 | 7% | 38% | 15% | 32% |
| Week 7 | 2/10-2/16 | -21% | 10% | -13% | -22% |
| Week 8 | 2/17-2/23 | -1% | -8% | -3% | -8% |
| Week 9 | 2/24-3/2 | 55% | 18% | 44% | 0% |
| Week 10 | 3/3-3/9 | -14% | 14% | -8% | 4% |
| Week 11 | 3/10-3/16 | -32% | -17% | -28% | -28% |
| Week 12 | 3/17-3/23 | -21% | 1% | -17% | -11% |
| Week 13 | 3/24-3/30 | 30% | 44% | 34% | 8% |
| Week 14 | 3/31-4/6 | -11% | -20% | -13% | -24% |
| Week 15 | 4/7-4/13 | -5% | 24% | 2% | 11% |
| Week 16 | 4/14-4/20 | -36% | -6% | -28% | -14% |
| Week 17 | 4/21-4/27 | 1% | 36% | 9% | 21% |
| Week 18 | 4/28-5/4 | 5% | 4% | 5% | -2% |
| Week 19 | 5/5-5/11 | -3% | 14% | 2% | 5% |
| Week 20 | 5/12-5/18 | 64% | 67% | 65% | 49% |
| Week 21 | 5/19-5/25 | 20% | 48% | 28% | 28% |
| Week 22 | 5/26-6/1 | 51% | 38% | 47% | 35% |
| Week 23 | 6/2-6/8 | -19% | 9% | -11% | 5% |
| Week 24 | 6/9-6/15 | -20% | -5% | -16% | -10% |
| Week 25 | 6/16-6/22 | -16% | 20% | -7% | 23% |
| Week 26 | 6/23-6/29 | -4% | 25% | 3% | 9% |
| Week 27 | 6/30-7/6 | -6% | -14% | -6% | -12% |
| Week 28 | 7/7-7/13 | -4% | 2% | -2% | 2% |
| Week 29 | 7/14-7/20 | -26% | 124% | 6% | 21% |
| Week 30 | 7/21-7/27 | 2% | 19% | 7% | 11% |
| Week 31 | 7/28-8/3 | -8% | 4% | -4% | 1% |
| Week 32 | 8/4-8/10 | -5% | 30% | 4% | 14% |
| Week 33 | 8/11-8/17 | 16% | 43% | 23% | 30% |
| Week 34 | 8/18-8/24 | -31% | 18% | -20% | 18% |
| Week 35 | 8/25-8/31 | 28% | 58% | 36% | 44% |
| **PRE-RECEIVERSHIP** | | **4%** | **26%** | **8%** | **11%** |

**POST RECEIVERSHIP**

| | | | | | |
|---|---|---|---|---|---|
| Week 36 | 9/1-9/7 | -27% | 34% | -13% | 16% |
| Week 37 | 9/8-9/14 | -15% | 17% | -7% | -4% |
| Week 38 | 9/15-9/21 | 42% | 1% | 30% | 0% |
| Week 39 | 9/22-9/28 | 21% | 40% | 26% | 41% |
| Week 40 | 9/29-10/5 | -53% | 7% | -40% | -4% |
| Week 41 | 10/6-10/12 | -10% | -15% | -33% | -20% |
| Week 42 | 10/13-10/19 | 17% | 101% | 56% | 30% |
| Week 43 | 10/20-10/26 | -37% | -16% | -31% | -19% |
| Week 44 | 10/27-11/2 | -56% | -35% | -51% | -35% |
| Week 45 | 11/3-11/9 | -36% | 1% | -28% | -19% |
| Week 46 | 11/10-11/16 | -40% | -20% | -34% | -6% |
| Week 47 | 11/17-11/23 | -9% | 14% | -11% | -7% |
| Week 48 | 11/24-11/30 | 152% | -23% | 112% | -10% |
| Week 49 | 12/1-12/7 | 5% | -26% | -2% | -33% |
| Week 50 | 12/8-12/14 | 16% | -34% | 3% | -37% |
| Week 51 | 12/15-12/21 | -15% | -32% | -19% | -38% |
| Week 52 | 12/22-12/28 | -34% | -37% | -35% | -38% |
| Week 1 | 12/30-1/4 | -16% | -14% | 5% | -16% |
| Week 2 | 1/5-1/11 | 17% | 47% | -90% | -1% |
| Week 3 | 1/12-1/18 | -46% | 176% | -87% | -23% |
| Week 4 | 1/19-1/25 | -90% | 90% | -58% | -89% |
| Week 5 | 1/26-2/1 | -88% | -85% | -49% | -85% |
| Week 6 | 2/2-2/8 | -57% | 59% | -58% | -67% |
| Week 7 | 2/9-2/15 | -58% | -29% | -40% | -22% |
| **POST-RECEIVERSHIP** | | **-19%** | **-2%** | **-20%** | **-22%** |

As illustrated in Figure 2, distillery visitation—which had been increasing prior to the receivership despite broader tourism softness—experienced a significant reversal during the receivership period.