**Notwithstanding that the caption for the motion and order do not comply with E.D. Tenn. LBR 9004-2(a), the motion is granted; however, no later than 5:00 p.m. on March 18, 2026, counsel shall file an amended certificate of service for the underlying motion (doc. 8) to comply with E.D. Tenn. LBR 9013-3(b) (which requires a description of the paper served).**



**SO ORDERED.**
**SIGNED this 18th day of March, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

Suzanne H. Bauknight
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| UNCLE NEAREST, INC.; | ) | Case No. 3:26-bk-30470 |
| NEAREST GREEN DISTILLERY, INC.; | ) | Case No. 3:26-bk-30471 |
| UNCLE NEAREST REAL ESTATE | ) | Case No. 3:26-bk-30472 |
| HOLDINGS, LLC; | ) | Chapter 11 |
| | ) | Judge Suzanne Bauknight |
| Debtors. | ) | |

### ORDER TO SET EXPEDITED HEARING ON RECEIVER'S MOTION TO DISMISS
### BANKRUPTCY CASES

This matter is before the Court on the Receiver's Motion to Set Expedited Hearing on

Receiver's Motion to Dismiss Bankruptcy Cases (the "Motion to Set"). The Court finds the Motion

to Set to be well taken, and for cause good shown, it is hereby ORDERED that the Motion to Set

is Granted and that the Hearing on the Receiver's Motion to Dismiss Bankruptcy Cases shall be

set for an expedited hearing before this Court.

###

SUBMITTED FOR ENTRY:

s/ Justin T. Campbell
Justin T. Campbell, Tn. Bar No. 31056
Thompson Burton PLLC
1801 West End Avenue, Suite 1550
Nashville, Tennessee 37203
Voice: (615) 465-6015
Fax:    (615) 807-3048
Justin@thompsonburton.com

*Counsel for Receiver*