**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION**


**MEMORANDUM**


**DATE:**      March 18, 2026

**REPLY TO**   Office of the Clerk, United States Bankruptcy Court
**ATTN OF:**   Howard H. Baker, Jr. United States Courthouse
               800 Market Street, Suite 330
               Knoxville, Tennessee 37902

**SUBJECT:**   3:26-bk-30470-SHB
               Uncle Nearest, Inc.
               Chapter 11

**TO:**        Kelli Danielle Holmes
               Tarpy, Cox, Fleishmann, & Leveille, PLLC
               1111 N. Northshore Dr
               Ste N-290
               Knoxville, TN 37919


Please file names and addresses of equity security holders of the debtor.  The names and addresses of equity security holders must be filed with the petition or within 14 days thereafter.