## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **UNCLE NEAREST, INC,** | § | **Case No.: 3:26-bk-30470-SHB** |
| | § | |
| Debtor In Possession. | § | **Chapter 11** |
| | | |
| **IN RE:** | § | |
| | § | |
| **NEAREST GREEN** | § | **Case No.: 3:26-bk-30471-SHB** |
| **DISTILLERY, INC.,** | § | |
| | § | |
| Debtor In Possession. | § | **Chapter 11** |
| | | |
| **IN RE:** | § | |
| | § | |
| **UNCLE NEAREST REAL** | § | **Case No.: 3:26-bk-30472-SHB** |
| **ESTATE HOLDINGS, LLC,** | § | |
| | § | |
| Debtor In Possession. | § | **Chapter 11** |

### MOTION FOR AUTHORITY TO PAY PREPETITION WAGES

---

**NOTICE OF HEARING**

**A hearing will be held on this Motion For Authority To Pay Prepetition Wages on March 19, 2026, at 10:00 a.m. in Courtroom 1C, First Floor, Howard H. Baker, Jr. U.S. Courthouse, 800 Market Street, Knoxville, Tennessee 37902.**

**<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney you may wish to consult one.**

**If you do not want the court to grant the relief requested, you or your attorney must attend this hearing.  If you do not attend the hearing, the court may decide that you do not oppose the Motion For Authority To Pay Prepetition Wages and may enter an order granting that relief.**

---

Comes the Debtor (the "Debtor"), as debtor-in-possession, through counsel, and moves this Court for authority to pay prepetition wages, associated withholding and taxes, and in support would show:

## I.     JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334.

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## II.     BACKGROUND

4. The debtor filed its voluntary Chapter 11 bankruptcy petition on March 17, 2026. The Debtor requires the services of its employees who have already been trained and are familiar with the operations of the debtor's businesses.

5. The Debtor last paid a payroll on March13, 2026, which was for the period ending on February 27, 2026. For the pay period beginning on February 28, 2026, and ending on March 13, 2026, the Debtor will owe its W2 employees $273,708.31. A list of employees and the prepetition wages to which they are entitled is attached as **Exhibit A** to this motion.

6. All sums sought to be paid by the Debtor for prepetition wages would constitute priority claims pursuant to 11 U.S.C. § 507(a)(3)(A).

7. Payment of prepetition wages is vital to the Debtors' ability to continue to operate its businesses and reorganize.

WHEREFORE, the Debtor requests the Court enter an order allowing the debtor to pay prepetition wages listed on Exhibit A together with the required state and federal taxes and withholding.

Respectfully submitted,

*s/Kelli D. Holmes*
Kelli D. Holmes (042256)
Lynn Tarpy (006017)
Tarpy, Cox, Fleishman & Leveille, PLLC
1111 N. Northshore Drive, Suite N-290
Knoxville, Tennessee 37919
(865) 588-1096
kholmes@tcflattorneys.com
ltarpy@tcflattorneys.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Motion for Authority to Pay Prepetition Wages, exhibit, and proposed order were served upon the U.S. Trustee through the Court's electronic filing system and the creditors listed below via First Class Mail, email and/or facsimile correspondence this 18th day of March, 2026.

Advanced Spirits: rebecca@advanced-spirits.com
Affinity Technology: sean@affinitytechpartners.com
Berlin Packaging, LLC: adam.lopatka@berlinpackaging.com
Billups, LLC: ariel.shaw@billups.com
Clear Channel Outdoor: ccobilling@clearchannel.com
Conversant: accounting_invoicing@conversantmedia.com
Deluxe: Caroline.smaldon@deluxe.com
         Mro-oar@deluxe.com
Gensis Global: tmeredith@genesis-global.com
Gunderson Dettmer: jangervil@gunder.com
Monalto Corporate Events: helenanelson@monalto.com
Morgan, Lewis, Bockius, LLP: cashapplication@morganlewis.com
Oracle America, Inc.: collectionsteam_US@oracle.com
Pollinate, Inc.: invoice@pollinate.com
Pratt Corrugated Holdings, Inc.: accountsreceivable@prattindustries.com
The Brand Guild: accounting@thebrandguild.com
Tricorbraun, Inc.: garrett.mager@tricorbraun.com
Wedland Group: accounting@wedlandgroup.com
Farm Credit Mid-America, PCA:
         Erika Barnes: ebarnes@stites.com
         Demetra Liggins: dliggins@mcguirewoods.com
         Dairanetta Spain: dspain@mcguirewoods.com

M. Alexandra Shipley: ashipley@mcguirewoods.com
K. Elizabeth Sieg: bsieg@mcguirewoods.com
Justin Campbell: justin@thompsonburton.com

*s/Kelli D. Holmes*
Kelli D. Holmes

3 Tier Beverages
3302 North Lincoln Avenue #153
Chicago, IL 60657

360 Marketing & Events
PO Box 422
Westbrook, CT 06498

5475 Days LLC
900 Michigan St. NE #1
Grand Rapids, MI 49503

580 Graphics
205 N. Thompson St.
Shelbyville, TN 37160

90 Proof, LLC
11700 W. Charleston Blvd.
Suite 170-210
Las Vegas, NV 89135

Accuxel CPA
553 Hunters Run Blvd.
Lakeland, FL 33809

Adams & Reese, LLP
Dept. 5208
PO Box 2153
Birmingham, AL 35287

Adenus Technologies
849 Aviation Parkway
Smyrna, TN 37167

Advanced Spirits, LLC
2803 Buffalo Speedway
Houston, TX 77098

Affinity Technology Partners
278 Franklin Rd.
Bldg. 4 Ste 350
Brentwood, TN 37027

AG&E Associates
901 Main St.
Ste 5020
Dallas, TX 75202

Agency 21 Consulting, LLC
114 NW 25th St.
Miami, FL 33127

Alchemy Merch
19924 E. Vallejo St.
Queen Creek, AZ 85142

Alicia Cole
16325 Clifton Park Ave.
Markham, IL 60428

All Star Fire Protection, Inc.
Po Box 711
Madison, TN 37116

Altura Leadership Consulting Group
646 Daniel Freeman Circle
Inglewood, CA 90301

American Marketing & Publishing, LLC
915 E. Lincoln Hwy
PO Box 801
DeKalb, IL 60115

Another Round Another Rally
14626 N. 37th Way
Phoenix, AZ 85032

Aquapoint 3, LLC
39 Tarkiln PL
New Bedford, MA 02745

Arrow Utility Resources, LLC
PO Box 233
Watertown, TN 37184

AT&T
PO Box 5019
Carol Stream, IL 60197-5019

Austin Gray Design Group

Auto-Chlor Sytstem
1518 Antioch Pike
Antioch, TN 37013

Avid Marketing Group
100 Corporate Place
Suite 200
Rocky Hill, CT 06067

Axper USA, Inc.
2915 Ogletwon Rd
Newark, DE 19713-1927

BCI Buckeye Corrugated
PO Box 744624
Atlanta, GA 30384

Beaver Engineering, Inc.
7378 Cockrill Bend Blvd.
Nashville, TN 37209

Bedford County Trustee
100 Public Square W
Suite 102
Shelbyville, TN 37160

Belmark Inc.

Benchmark Beverage
31690 Glendale
Livonia, MI 48150

Berlin Packaging, LLC
525 West Monroe St.
14th Floor
Chicago, IL 60661

Billups, LLC
PO Box 22012
New York, NY 10087-2012

Black Sheep LLC
6230 Oakdale Ave.
Oakland, CA 94605

BLC Communications, LLC
13 Delwood Drive

Blue Label Packaging Co.
3750 Lancaster New Lexington Rd SE
Lancaster, OH 43130

BME Services LLC
1030 SE Tater Peeler Road
Lebanon, TN 37087

Boelter
N22W23685 Ridgeview Pkwy W
Waukesha, WI 53188

Brewing & Distilling Analytical Services
1141 Red Mile Road
Lexington, KY 40504

Butler Snow LLC
PO Box 6010
Ridgeland, MS 39158-6010

Cabinet Lex & G
32 Rue Herge sur Cylex et trouve
1600 Angouleme France

Cape Cod & Islands Appraisal Group
3311 Main Street
Barnstable, MA 02630

Carlson Insurance Group LLC-AFCO
3311 Main Street
Barnstable, MA 02630

Cass Services, LLC
2524 Hwy 231 N
Shelbyville, TN 37160

Catalyst Design Group
5100 Tennessee Avenue
Nashville, TN 37209

Center Stage Merchandising
1201 4th Ave. South
Ste 201
Nashville, TN 37210

Charles Ann Enterprises, Inc.
dba Units of Nashville
5207 Linbar Drive
Ste 702
Nashville, TN 37211

Chris Cabrera Culture
310 East 2nd St. 6L
Apt. 31
New York, NY 10009

Cincinnati Insurance
P.O. Box 145496
Cincinnati, OH 45250-5496

Cincy Black Travel
1776 Mentor Avenue
Ste. 312
Cincinnati, OH 45212

Clark's Garage Door Company
835 North Jefferson St.
Shelbyville, TN 37160

Clear Channel Outdoor
4830 N. Loop 1604 W
Ste 111
San Antonio, TX 78249

Comcast/Effectv
755 Business Center Drive
Horsham, PA 19044

Conceptual Concrete Design LLC
106 Jamestown PL
Hendersonville, TN 37075

Concur Technologies, Inc.
62157 Collections Center Drive
Chicago, IL 60693

Contemporary Media, Inc.
PO Box 1738
Memphis, TN 38101

Convesant
30501 Agoura Road
Suite 200
Agoura Hills, CA 91301-4386

CORE (Children of Restaurant Employees)
3550 George Busbee Parkway NW
Ste. 190
Kennesaw, GA 30144

Core Bar Consulting, LLC
3544 S. Utah Street
Arlington, VA 22206

Corkcicle
1300 Brookhaven Drive
Ste 2
Orlando, FL 32803

Cursive Solutions, Inc.
8467 Duke Blvd.
Mason, OH 45040

Daisy's Po'Boy & Tavern
5215 S. Harper Ave.
Chicago, IL 60615

Datasite
733 Marquette Ave.
Ste 600
Minneapolis, MN 55402

DC Arena LP
dba Monumental Sports and Entertainment
PO Box 418610
Boston, MA 02241

De Lage Landen Financial Services, Inc.
111 Old Eagle School Road
Wayne, PA 19087

Deluxe
PO Box 645635
Cincinnati, OH 45264

Deluxe - 20UNCNEA
3680 Victoria Street North
Saint Paul, MN 55126

Demetra Liggins
McGuire Woods, LLP
845 Texas Avenue, Ste 2400
Houston, TX 77002

Distilled Resources, Inc.
134 N. 3300 E.
Rigby, ID 83422

Distilled Spirits Council of the US
101 Constitution Avenue NW Ste 350 West
Washington, DC 20001

Dragon Spirits Marketing, Inc.
15700 S. Delavan Cove
Austin, TX 78717

DTALS Incorporated
PO Box 633
Oak Bluffs, MA 02557

DWR Enterprises
2066 Old Georgian Terrace
Atlanta, GA 30318

Ecolab Pest Elimination

Elaborate Images
995 Longview Road
Shelbyville, TN 37160

Eli Brown
825 Hazel St. Apt. 3
Missoula, MT 59018

Elyse V. Ruinn
2/1 11 Connal Street
Glasgow Selkirkshire G4O 3HF

Epic Packaging Group
26252 Network Place
Chicago, IL 60673

Epsilon Lambda Charitable Foundation
3615 N. 19th St.
Saint Louis, MO 63178

ESP Fire Protection, LLC
50 Owens Path
Senoia, GA 30276

Eversource
PO Box 56007
Boston, MA 02205-6007

Exchange Media Group, LLC
PO Box 490
Fayetteville, TN 37334

Farm Credit Mid-America, PCA
c/o Mcguire Woods, LLP
845 Texas Ave., Ste 2400
Houston, TX 77002

FedEx
3620 Hacks Cross Road
Bldg B 3rd Floor
Memphis, TN 38125-8800

Firebirds International, LLC
8700 Red Oak Boulevard, Suite J
Charlotte, NC 28217

Fogel & Potamianos, LLP
4100 W. Alameda Ave.
Ste 300
Burbank, CA 91505

Ford Motor Credit
P.O. Box 650575
Dallas, TX 75265-0575

Forklift Systems, Inc.
P.O. Box 305172 Dept. 138
Nashville, TN 37230-5172

Franklin Chamber of Commerce
44 Chamber Way
Winchester, TN 37398

Freshworks
2950 S. Delaware St.
Ste. 201
San Mateo, CA 94403

FT Publications, Inc.
330 Hudson Street
8th Floor
New York, NY 10013

Gan Assurance
8-10 Rue d'Astorg Paris
75008 France

Genesis Global Recruiting
3000 SW 148 Ave.
Ste 116
Hollywood, FL 33027

Goo Goo Cluster
116 Third Avenue South
Nashville, TN 37201

Gradus Inc.
dba Mickey's Popcorn
3127 Stonebrook Cir.
Memphis, TN 38116-1823

Grant Sidney, Inc.
3715 Northside Parkway NW
Building 100-Suite 500
Atlanta, GA 30327

Greenberg Traurig, LLC
333 SE 2nd Ave
Ste 4400
Miami, FL 33131

Growth Ledge Agency
1020 B St.
San Rafael, CA 94901

Gunderson Dettmer
550 Allerton St.
Redwood City, CA 94063

Herring Technology
2139-A Canady Avenue
Nashville, TN 37211

Himmels Architectural Door and Hardware
16491 Airline Hwy
Prairieville, LA 70769

Hire Dragons
13117 Coriander Drive
Austin, TX 78729

Hire Dragons
15700 S. Delavan Cv
Austin, TX 78717

Hopkins Farms Broadcasting, Inc.
3563 HWY 231 North
Shelbyville, TN 37160

Hudson Group (HG) Retail LLC
One Meadowlands Plaza
Floor 11
East Rutherford, NJ 07073

Hue & Cry Limited
20-24 Emerald St.
London, UK WC1 N3QA

Huntingtown Auto Spa
2266 Solomons Island Rd.
Huntingtown, MD 20639

Hyatt
150 N. Riverside Plaza
Chicago, IL 60606

iGo Marketing & Entertainment
85 Broadstreet 16th Floor
New York, NY 10004

iHeartMedia, Inc.
3400 W Olive Ave.
Ste 550
Burbank, CA 91505

Imbibe Media, Inc.
1001 SE Water Ave.
Ste. 285
Portland, OR 97214

Incorporating Services, Ltd.
3500 S. Dupont Hwy.
Dover, DE 19901

Industrial Logistics Group
2900 S. 7th Street Rd.
Portland, OR 97214

Intelligent Office of Nashville
315 Deaderick Street
Ste 1550
Nashville, TN 37238

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Irell & Manella LLP
PO Box 516563
Los Angeles, CA 90051-9860

Isabelle Couprie
93 rue des bois
La Gachere, Rouillac, France

IST Services & Communications
P.O. Box 815
Tullahoma, TN 37388

ITNOLAP Pallet & Crafting, Inc.
1142 Haley Rd.
Murfreesboro, TN 37129

Ivy Mix
169 Whitney Hill Rd.
Tunbridge, VT 05077

Jasmin Gardner
3285 Ocean View Blvd.
#19
San Diego, CA 92113

Jennifer Kaalund and Sekou Kaalund

Jonas Velarde
12142 Burbank Blvd.
Valley Village, CA 91607

Jones Distribution
1300 Brookhaven Dr.
Orlando, FL 32803

Journey for Good Foundation
6905 Rockledge Drive
Bethesda, MD 20817

JPM Chase
PO Box 4475
Carol Stream, IL 60197-4475

Jump Crew LLC
PO Box 23475
New York, NY 10087-3475

Karen E. Sieg, Esq.
7878 Patriots Landon Place
Quinton, VA 23141

Katsy Korins LLP
605 Third Ave.
New York, NY 10158

Kentfield Marketing Group, LLC
10520 Calnick Lane
Auburn, CA 95603

Koorsen Fire & Security
698 Myatt Dr.
Madison, TN 37115

KPMG LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001-1000

Lakeway Publishers
PO Box 400
Tullahoma, TN 37388

Lamar Companies
PO Box 746966
Atlanta, GA 30374-6966

Landreau Agro
Clement Bertrand
10 route des vignes
17500 Leoville, Leoville, France

Lease Direct
PO Box 825736
Philadelphia, PA 19182

Lee Company
PO Box 306053
Nashville, TN 37230

Levi Gotsman
18820 Mandan St
Apt. 404
Canyon Country, CA 91351

Levy / Humble Barons, Inc.
100 Public Square S
2nd Floor
Nashville, TN 37201

Liquor Bottling Packaging International
305 Madison Ave.
Ste 1357
New York, NY 10165

LocaliQ USA Today Network
PO Box 630791
Cincinnati, OH 45263-1340

Logo Brands - Retail
235 Noah Drive
Ste 100
Franklin, TN 37064

Loomis Armored US, LLC
Dept. 0757
PO Box 120757
Dallas, TX 75312

Louisville Seventh 3PL
2900 7th St Rd
Louisville, KY 40216

Lush Tastings LLC
4406 Alabama Ave.
Chattanooga, TN 37409

Lymion Group dba Overproof
425 NW 26th St.
Miami, FL 33127

Main Street Murfreesboro

Mandlik & Rhodes
223 Applebee Street
Barrington, IL 60010

Maplebear, Inc dba Instacart
PO Box 103272
Pasadena, CA 91189

MarkeTeam, Inc.
26012 Pala
Ste 100
Mission Viejo, CA 92691

Marshall's Haute Sauce
5397 SE Malden Dr
Portland, OR 97206

Mary Alexandra Shipley, Esq.
77 W. Wacker Drive
Suite 4100
Chicago, IL 60601

Matanguy SAS
7 Route de la Mairie
16130 Gente, Gente, France

MCC Magazines, LLC
735 Brad Street
Augusta, GA 30901

Melisa Morales Velazquez
112 Burt St.
Shelbyville, TN 37160

Mercury Design Studio
175 Kenbrook Drive
Columbus, OH 43085

Michael George
403 Inner Circle Drive
Bolingbrook, IL 60490

Midwest Promotional Models, Inc.
13991 Zanzibar Lane
Dayton, MN 55327

Milano Promotional Services, Inc.
2615 River Road #1
Riverton, NJ 08077

Miller Barondess, LLP
2121 Avenue of the Stars
26th Floor
Los Angeles, CA 90067

Minutemen Press
110 N Jackson St.
Tullahoma, TN 37388

Monalto Corporate Events, Inc.
11720 Amber Park Dr.
Ste No. 160
Alpharetta, GA 30009

Mora Chagoya
1360 S. Beeler Ct
Denver, CO 80247

Morgan, Lewis & Bockius, LLP
101 Park Ave.
New York, NY 10178

Mustard Seed Restaurant 2, LLC
dba Daisy's Po'Boy & Tacos
5215 S. Harper Ave
Chicago, IL 60615

Nashville Communications
330 Plus Park Blvd
Nashville, TN 37217

Nashwood
100 Public Square S
2nd Floor
Nashville, TN 37201

National Museum of African American Musi
510 Broadway
Nashville, TN 37203

Nationwide Distribution Services, Inc.
Po Box 1800
Shelbyville, TN 37162

Nearest Green Distillery, Inc.
600 Main Street
Shelbyville, TN 38106

Nicholas A. Sensley
PO Box 87
Lebanon, TN 37088

Nichole Rush
7036 S. La Tijera Blvd.
Los Angeles, CA 90045

Ninety Proof Media
1700 W. Charleston Blvd.
#170-210
Las Vegas, NV 89135

North Mill Equipment Finance
601 Merritt 7 #5
Norwalk, CT 06851

Nuso, LLC
PO Box 95781
Chicago, IL 60694-5781

Oakdale Golf & Country Club
243 N. Stearns Rd.
Oakdale, CA 95361

Oasis W & S, LLC
3103 Phoenixville Pike
Malvern, PA 19355-8643

Odom NW Beverages
20421 84th Ave South
Kent, WA 98032

Optima Program
PO Box 5028
Troy, MI 48007-5028

Oracle America Inc.
5612 Collections Center Drive
Chicago, IL 60693

Oracle Netsuite
5612 Collections Center Drive
Chicago, IL 60693

OS3D Visualize & Design Inc.
235 Ave. B.
Ronkonkoma, NY 11779

Pacers Basketball LLC
PO Box 713646
Cincinnati, OH 45271

Packaging Corporation of America
PO Box 532058
Atlanta, GA 30353-2058

Patrick Henry Creative Promotions
1177 West Loope South
Ste 800
Houston, TX 77027

PayBev LLC
3550 George Busbee Pkwy NW
Ste 190
Kennesaw, GA 30144-5429

Pendleton Group, LLC
2221 S. Gaines St.
Little Rock, AR 72206

Phillip G. Young
Thompson Burton, PLLC
6100 Tower Cir. #200
Franklin, TN 37067

PJ's HVAC and Repair
4703 Alsup Mill Rd
Lascassas, TN 37085

PKF Arsilon / Marie Malitourne
4 Rue de Segonzac
16100 Cognac
Cognac France

PLCS Premier Luxury Car Service
3495 Buckhead Lp NE
Ste 18530
Atlanta, GA 30326

Pollinate, Inc.
315 SW 11th Ave.
Ste 200
Portland, OR 97205

Poppy & Peep
953 Esther Lane
Murfreesboro, TN 37129

Possessed by Spirits, Inc.
4472 Copeland Ave
San Diego, CA 92116

Pratt Corrugated Holdings, Inc.
PO Box 933949
Atlanta, GA 31193

Pride Home Solutions
PO Box 725
Edgartown, MA 02539

Procopio Cory Hargreaves
PO Box 511480
Los Angeles, CA 90051-8035

Pye Barker Fire & Safety
14500 Lochbridge Blvd
Ste H
Covington, GA 30014

Questex LLC
PO Box 959635
Saint Louis, MO 63195-9635

R&S Flooring, LLC
8105 Moores Lane
Ste F
Ridgefield, CT 06877

Ranger Station
1 Willow Ste.
Ste 11
Nashville, TN 37210

Ranstand
PO Box 742689
Atlanta, GA 30374

ReservBar Holdings Corp.
426 Main Street
Suite F
Ridgefield, CT 06877

Rose Construction
126 Highway 51 South
Covington, TN 38019

Roy & Associates CPA PC
39159 Donner Way
Fremont, CA 94538

Rusken Packaging
374 Volunteer Parkway
Manchester, TN 37355

Rutherford County Chamber of Commerce
3050 Medical Center Parkway
Murfreesboro, TN 37129

Salary.com LLC
PO Box 844048
Boston, MA 02284-4048

San Diego Spirits Festival
5580 La Jolla Blvd.
#436
La Jolla, CA 92037

Sarl eta Pierra Baudin
5 D chemin De la Tour
16130 Gimeux France

Savariau
39 rourte de Nercillac
16100 Saint Brice
Saint Brice, France

Scorp Promo, Inc.
1953 N. Clybourn Ave.
Chicago, IL 60614

Sean Carr
11 Monte Vista Dr.
Monterey, CA 93940

Selas FTPA
50 rue Ampere
75017 Paris
Paris, France

SevenFifty
PO Box 73618
Chicago, IL 60673-6128

Shared Spirits, LLC
412 English Ivy Drive
Nashville, TN 37211

Shedd Aquarium Society
1200 S. DuSable Lake Shore Drive
Chicago, IL 60605

Shelbyville Grand
100 Public Square WS
Ste 210
Shelbyville, TN 37160

Shelbyville Lions Club
PO Box 202
Shelbyville, TN 37160

Shelbyville-Bedford Partnership
100 Public Square S
2nd Floor
Shelbyville, TN 37160

Sigma Supply of North America
PO Box 20980
Hot Springs National Park, AR 71903

Single Cube, LLC
1852 Jefferson Street
San Francisco, CA 94123

Slicker Beverage Insights
411 Country FL
Colleyville, TX 76034

Social Coast Mobile Beverage Co.
40 Barnes Rd
Oak Bluffs, MA 02557

Southern Smoke Foundation
1302 Waugh Drive
#970
Houston, TX 77019

Spector
100 Walnut Street
Champlain, NY 12919

Speed Rack Inc.
3060 S. Industrial Dr. NW
Walker, MI 49544

SquareWorks Consulting
PO Box 960928
Boston, MA 02196

Straight Up Collective, LLC
2151 Consulate Drive
Ste 4
Orlando, FL 32837

Stratus of Nashville
1976 Innerbelt Business Center Drive
Saint Louis, MO 63114

Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384-9211

Sysco
One Hermitage Plaza
Nashville, TN 37209

Systems Scales Corp. Construction
1420 Donelson Pike Ste B7
Nashville, TN 37217

Tennessee Distilling Group
1929 Ridgecrest Dr.
Columbia, TN 38401

Tennessee Logos, LLC
1993 Southerland Drive
Nashville, TN 37207

Terracon Consultants, Inc.
PO Box 959673
Saint Louis, MO 63195

The Brand Guild
1056 Thomas Jefferson St. NW
Washington, DC 20007

The Celebration
PO Box 1010
Shelbyville, TN 37162

The Cincinnati Insurance Companies
PO Box 14560
Cincinnati, OH 45250

The Express - Retail
408 Madison St.
Shelbyville, TN 37160

The Formulation Group
1195 Spalding Drive
Atlanta, GA 30350

The Impact Magazine, LLC
1421 Prince St.
Ste 300
Alexandria, VA 22314

The Keystone Group, LLC
311 S Wacker Dr
Ste 5000
Chicago, IL 60606

The Mather Group, LLC
411 Center Street North
Vienna, VA 22180

The Monroe Companies, LLC
925 5th Ave
Newark, NJ 07112

The UPS Store
55 Glenlake Pkwy NE
Atlanta, GA 30328

Thousand Oaks Barrel Co.
9113 Euclid Ave.
Manassas, VA 20110

Threds Inc.
10529 Lexington Dr.
Knoxville, TN 37932

Threestone Solutions, LLC
19836 Beverly Park Road
Estero, FL 33928

Top Shelf Promotions, Inc.
14 Emsley Drive
Wilmington, DE 19810

Total Quality Logistics
PO Box 634558
Cincinnati, OH 45263

Town of Edgartown
Department 2350
PO Box 986500
Boston, MA 02298-6500

TQL
4289 Ivy Pointe Blvd.
Cincinnati, OH 45245

Tri Star Outdoors
1341 Whiteside Hill Road
Wartrace, TN 37183

Tricorbraun Inc.
6 CityPlace Drive
Ste 1000
Saint Louis, MO 63141

Triple Seat Software
300 Baker Ave.
Ste 160
Concord, MA 01742-2124

Troutman Pepper Locke LLP
300 S. Grand Avenue
Ste 2600
Los Angeles, CA 90071

True North Consulting, LLC
844 Queen Annes Court
Nolensville, TN 37135

U.S. Attorney
800 Market Street, Suite 211
Knoxville, TN 37902

Uline
PO Box 88741
Chicago, IL 60680-1741

UN 1856, LLC
1852 Jefferson Street
San Francisco, CA 94123

Uncle Nearest Real Estate Holdings, LLC
3125 Highway 231 N
Shelbyville, TN 37160

Unifirst Corporation
PO Box 650481
Dallas, TX 75265-0481

United States Bartenders' Guild Inc.
2654 W. Horizon Ridge Parkway Suite
Henderson, NV 89052

US Event Management
720 N. 10th St.
Ste A #338
Renton, WA 98057

US Standard Products Corp.
PO Box 5509
Englewood, NJ 07631

VentraOps
1578 W San Bernardino Rd. Ste E
Covina, CA 91722

Verizon Business
PO Box 660108
Dallas, TX 75266-0108

Vermont Information Processing, Inc.
402 Water Tower Circle
Colchester, VT 05446

Villela CPA PLLC
10256 Chiltern Garden Drive
Orlando, FL 32827

Vokent LLC
3921 Alton Road
#137
Miami Beach, FL 33140

Wedland Group
1601 Corporate Cir. #5807
Petaluma, CA 94955-8810

Whistle Pig Rye
PO Box 21270
New York, NY 10087

WhistlePig, LLC
PO Box 21270
New York, NY 10087

White Door Events
4116 BF Goodrich Blvd.
Memphis, TN 38118

Willscot Mobile Mini
PO Box 91975
Chicago, IL 60696-1975

Zucconi Idea Agency Inc.
1345 Route 38
Hainesport, NJ 08036