# EXHIBIT A

| Notes | Payroll Name | Job Title Code | Work Weekending | Pay Date | Job Title Description | Annual Salary rate | Estimated Bi-weekly | payroll taxes and Genesis costs | Auto | Cell Phone | Internet | Benefits | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Uncle Nearest | Aubrey, Matthew | UNC10607 | 3/14/2026 | 03/27/2026 | Market Manager | $ 113,652.24 | $ 4,371.24 | $ 917.96 | | | | | $ 5,289.20 |
| Uncle Nearest | Butler, Victoria E | UNC1088 | 3/14/2026 | 03/27/2026 | Director of Administration | $ 120,000.14 | $ 4,615.39 | $ 969.23 | | | | | $ 5,584.62 |
| Uncle Nearest | Carter, Nicole | UNC10716 | 3/14/2026 | 03/27/2026 | Brand Steward | $ 95,287.66 | $ 3,664.91 | $ 769.63 | | | | | $ 4,434.54 |
| Uncle Nearest | Cronkhite, Charles W | UNC10535 | 3/14/2026 | 03/27/2026 | Vice President of Sales | $ 226,012.54 | $ 8,692.79 | $ 1,825.49 | | | | | $ 10,518.28 |
| Uncle Nearest | Douglas, LaVar Michael | UNC10607 | 3/14/2026 | 03/27/2026 | Market Manager | $ 89,105.12 | $ 3,427.12 | $ 719.70 | | | | | $ 4,146.82 |
| Uncle Nearest | Doyle, Brenton Kyle | UNC10716 | 3/14/2026 | 03/27/2026 | Brand Steward | $ 82,225.00 | $ 3,162.50 | $ 664.13 | | | | | $ 3,826.63 |
| Uncle Nearest | Jerkens, Katharine | UNC11064 | 3/14/2026 | 03/27/2026 | Chief Business Officer | $ 271,215.10 | $ 10,431.35 | $ 2,190.58 | | | | | $ 12,621.93 |
| Uncle Nearest | Landry, Lauren | UNC11581 | 3/14/2026 | 03/27/2026 | National Consumer Events Manager | $ 87,000.16 | $ 3,346.16 | $ 702.69 | | | | | $ 4,048.85 |
| Uncle Nearest | Madison, William James | UNC10607 | 3/14/2026 | 03/27/2026 | Market Manager | $ 107,099.98 | $ 4,119.23 | $ 865.04 | | | | | $ 4,984.27 |
| Uncle Nearest | Martinez, Evette | UNC11061 | 3/14/2026 | 03/27/2026 | Human Resources | $ 91,093.34 | $ 3,503.59 | $ 735.75 | | | | | $ 4,239.34 |
| Uncle Nearest | Nicholas, Sergio | UNC10716 | 3/14/2026 | 03/27/2026 | Brand Steward | $ 98,146.36 | $ 3,774.86 | $ 792.72 | | | | | $ 4,567.58 |
| Uncle Nearest | Pollock, Steven Alexander | UNC11415 | 3/14/2026 | 03/27/2026 | Director, Mid West Sales | $ 128,520.08 | $ 4,943.08 | $ 1,038.05 | | | | | $ 5,981.13 |
| Uncle Nearest | Shine, Damian Vincent | UNC11138 | 3/14/2026 | 03/27/2026 | Vice President National & Global Accounts | $ 157,500.46 | $ 6,057.71 | $ 1,272.12 | | | | | $ 7,329.83 |
| Uncle Nearest | Stanford, Constance Rachel | UNC10716 | 3/14/2026 | 03/27/2026 | Brand Steward | $ 78,750.10 | $ 3,028.85 | $ 636.06 | | | | | $ 3,664.91 |
| Uncle Nearest | Stein, Andrew G | UNC11159 | 3/14/2026 | 03/27/2026 | Manager, Emerging Markets | $ 107,099.98 | $ 4,119.23 | $ 865.04 | | | | | $ 4,984.27 |
| Uncle Nearest | Timms, Jeffrey | UNC10607 | 3/14/2026 | 03/27/2026 | Market Manager | $ 92,400.10 | $ 3,553.85 | $ 746.31 | | | | | $ 4,300.16 |
| Uncle Nearest | Viny, Alain Abraham | UNC10607 | 3/14/2026 | 03/27/2026 | Market Manager | $ 115,784.76 | $ 4,453.26 | $ 935.18 | | | | | $ 5,388.44 |
| Uncle Nearest | Walden, Lindsay | UNC10809 | 3/14/2026 | 03/27/2026 | Executive Assistant | $ 90,001.60 | $ 3,461.60 | $ 726.94 | | | | | $ 4,188.54 |
| Uncle Nearest | Weaver, Fawn E | UNC11089 | 3/14/2026 | 03/27/2026 | President | $ 95,000.10 | $ 3,653.85 | $ 767.31 | | | | | $ 4,421.16 |
| | | | | | | | | | | | | | |
| Nearest Green | Aparicio Santiago, Ines | NGD11322 | 3/14/2026 | 03/27/2026 | Janitor | | $ 968.72 | $ 203.43 | | | | | 1,172.15 |
| Nearest Green | Baker, Cade | NGD1072 | 3/14/2026 | 03/27/2026 | Observer | | $ 1,820.00 | $ 382.20 | | | | | 2,202.20 |
| Nearest Green | Cheeves, Miranda | NGD1254 | 3/14/2026 | 03/27/2026 | Bottling Operator | | $ 1,555.34 | $ 326.62 | | | | | 1,881.96 |
| Nearest Green | Clark, Zackery Roland | NGD1500 | 3/14/2026 | 03/27/2026 | Maintenance Technician | | $ - | $ - | | | | | - |
| Nearest Green | Claxton, David Michael | NGD0965 | 3/14/2026 | 03/27/2026 | Lead Landscape Maintenance | | $ 2,646.40 | $ 555.74 | | | | | 3,202.14 |
| Nearest Green | Cobb, Julie | NGD0913 | 3/14/2026 | 03/27/2026 | Tour Guide | | $ 992.25 | $ 208.37 | | | | | 1,200.62 |
| Nearest Green | Donegan, Gavin | NGD0916 | 3/14/2026 | 03/27/2026 | Retail Associate | | $ 913.93 | $ 191.93 | | | | | 1,105.86 |
| Nearest Green | Dotson, Gregory Brent | NGD0913 | 3/14/2026 | 03/27/2026 | Tour Guide | | $ 1,138.84 | $ 239.16 | | | | | 1,378.00 |
| Nearest Green | Gossar, Donald | NGD1072 | 3/14/2026 | 03/27/2026 | Observer | | $ 2,716.00 | $ 570.36 | | | | | 3,286.36 |
| Nearest Green | Greer, Jameson Blake | NGD1607 | 3/14/2026 | 03/27/2026 | Director, Bottling and Supply Chain | | $ 2,307.70 | $ 484.62 | | | | | 2,792.31 |
| Nearest Green | Harris, Genevieve | NGD0916 | 3/14/2026 | 03/27/2026 | Retail Associate | | $ 1,080.51 | $ 226.91 | | | | | 1,307.41 |
| Nearest Green | Henry, Tamarra | NGD1231 | 3/14/2026 | 03/27/2026 | Shift Manager | | $ 2,387.11 | $ 501.29 | | | | | 2,888.41 |
| Nearest Green | Jacobson, Riedell | NGD1254 | 3/14/2026 | 03/27/2026 | Bottling Operator | | $ 1,999.94 | $ 419.99 | | | | | 2,419.93 |
| Nearest Green | Johnson, Terrell | NGD0913 | 3/14/2026 | 03/27/2026 | Tour Guide | | $ 1,031.94 | $ 216.71 | | | | | 1,248.65 |
| Nearest Green | Johnson, Zander | NGD0916 | 3/14/2026 | 03/27/2026 | Retail Associate | | $ 949.62 | $ 199.42 | | | | | 1,149.04 |
| Nearest Green | Leech, Pamela Faye | NGD1132 | 3/14/2026 | 03/27/2026 | Executive Assistant | | $ 4,230.77 | $ 888.46 | | | | | 5,119.23 |
| Nearest Green | Locke, Michael Shannon | NGD0960 | 3/14/2026 | 03/27/2026 | Head of Security | | $ 3,230.78 | $ 678.46 | | | | | 3,909.24 |
| Nearest Green | Long, Jonathan Payne | NGD1475 | 3/14/2026 | 03/27/2026 | Assistant General Manager - Retail | | $ 3,461.54 | $ 726.92 | | | | | 4,188.46 |
| Nearest Green | Lopez, Jeremy Enrique | NGD11322 | 3/14/2026 | 03/27/2026 | Janitor | | $ 1,160.00 | $ 243.60 | | | | | 1,403.60 |
| Nearest Green | Lyons, Shirley Damonyai | NGD1254 | 3/14/2026 | 03/27/2026 | Bottling Operator | | $ 1,522.85 | $ 319.80 | | | | | 1,842.65 |
| Nearest Green | Meeks, Christy | NGD1320 | 3/14/2026 | 03/27/2026 | Digital Content & Engagement | | $ 3,846.16 | $ 807.69 | | | | | 4,653.85 |
| Nearest Green | Michel, Juan Carlos | NGD1254 | 3/14/2026 | 03/27/2026 | Bottling Operator | | $ 1,530.26 | $ 321.35 | | | | | 1,851.61 |
| Nearest Green | Morgan, Jason | NGD0913 | 3/14/2026 | 03/27/2026 | Tour Guide | | $ 1,524.60 | $ 320.17 | | | | | 1,844.77 |
| Nearest Green | Murray, Keely | NGD11272 | 3/14/2026 | 03/27/2026 | Shift Lead | | $ 1,782.69 | $ 374.36 | | | | | 2,157.05 |
| Nearest Green | Nogues, Susan Elizabeth | NGD1091 | 3/14/2026 | 03/27/2026 | Director of Retail Merchandising | | $ 5,384.62 | $ 1,130.77 | | | | | 6,515.39 |
| Nearest Green | Northcutt, Xavier | NGD0913 | 3/14/2026 | 03/27/2026 | Tour Guide | | $ 1,140.80 | $ 239.57 | | | | | 1,380.37 |
| Nearest Green | Ortiz, Karen | NGD0913 | 3/14/2026 | 03/27/2026 | Tour Guide | | $ 884.00 | $ 185.64 | | | | | 1,069.64 |
| Nearest Green | Paskwietz, Spencer | NGD1609 | 3/14/2026 | 03/27/2026 | Bottling Operator I | | $ 1,730.40 | $ 363.38 | | | | | 2,093.78 |
| Nearest Green | Plumley, Tyler | NGD1108 | 3/14/2026 | 03/27/2026 | Custodian | | $ 1,104.48 | $ 231.94 | | | | | 1,336.42 |
| Nearest Green | Poole, Tanner | NGD0916 | 3/14/2026 | 03/27/2026 | Retail Associate | | $ 1,162.35 | $ 244.09 | | | | | 1,406.44 |
| Nearest Green | Powell, Joseph | NGD1390 | 3/14/2026 | 03/27/2026 | Executive Driver/Transportation Manager | | $ 2,000.00 | $ 420.00 | | | | | 2,420.00 |
| Nearest Green | Roper, Janet | NGD1072 | 3/14/2026 | 03/27/2026 | Observer | | $ 1,898.00 | $ 398.58 | | | | | 2,296.58 |
| Nearest Green | Rose, Phillis Kay | NGD0913 | 3/14/2026 | 03/27/2026 | Tour Guide | | $ - | $ - | | | | | - |
| Nearest Green | Russell, Tasean | NGD1610 | 3/14/2026 | 03/27/2026 | Bottling Operator II | | $ 1,098.00 | $ 230.58 | | | | | 1,328.58 |
| Nearest Green | Segroves, Chadrick Wayne | NGD1254 | 3/14/2026 | 03/27/2026 | Bottling Operator | | $ 1,903.28 | $ 399.69 | | | | | 2,302.96 |
| Nearest Green | Washington, Isiah M | NGD1608 | 3/14/2026 | 03/27/2026 | Director, Whiskey Operations | | $ 3,461.54 | $ 726.92 | | | | | 4,188.46 |
| Nearest Green | Wells, Ashley | NGD0916 | 3/14/2026 | 03/27/2026 | Retail Associate | | $ 1,548.62 | $ 325.21 | | | | | 1,873.84 |
| Nearest Green | Whorley, Kayla | NGD1258 | 3/14/2026 | 03/27/2026 | Lead Observer | | $ 1,702.80 | $ 357.59 | | | | | 2,060.39 |
| | | | | | | | $ 156,197.41 | $ 32,801.46 | $ - | $ - | $ - | $ - | $188,998.86 |

| Notes | Payroll Name | Job Title Code | Work Weekending | Pay Date | Job Title Description | Annual Salary rate | Estimated Bi-weekly | payroll taxes and Genesis costs | Auto | Cell Phone | Internet | Benefits | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Uncle Nearest | Aubrey, Matthew | UNC10607 | 3/14/2026 | 03/27/2026 | Market Manager | $ 113,652.24 | $ 4,371.24 | $ 917.96 | $500.00 | $170.00 | $50.00 | $ - | $ 6,009.20 |
| Uncle Nearest | Butler, Victoria E | UNC1088 | 3/14/2026 | 03/27/2026 | Director of Administration | $ 120,000.14 | $ 4,615.39 | $ 969.23 | $0.00 | $150.00 | $0.00 | $ 965.15 | $ 6,699.77 |
| Uncle Nearest | Carter, Nicole | UNC10716 | 3/14/2026 | 03/27/2026 | Brand Steward | $ 95,287.66 | $ 3,664.91 | $ 769.63 | $500.00 | $100.00 | $50.00 | $ 965.15 | $ 6,049.69 |
| Uncle Nearest | Cronkhite, Charles W | UNC10535 | 3/14/2026 | 03/27/2026 | Vice President of Sales | $ 226,012.54 | $ 8,692.79 | $ 1,825.49 | $500.00 | $100.00 | $50.00 | $ 3,091.16 | $ 14,259.44 |
| Uncle Nearest | Douglas, LaVar Michael | UNC10607 | 3/14/2026 | 03/27/2026 | Market Manager | $ 89,105.12 | $ 3,427.12 | $ 719.70 | $500.00 | $100.00 | $50.00 | $ 3,052.23 | $ 7,849.05 |
| Uncle Nearest | Doyle, Brenton Kyle | UNC10716 | 3/14/2026 | 03/27/2026 | Brand Steward | $ 82,225.00 | $ 3,162.50 | $ 664.13 | $500.00 | $100.00 | $50.00 | $ - | $ 4,476.63 |
| Uncle Nearest | Jerkens, Katharine | UNC11064 | 3/14/2026 | 03/27/2026 | Chief Business Officer | $ 271,215.10 | $ 10,431.35 | $ 2,190.58 | $500.00 | $100.00 | $50.00 | $ 2,683.71 | $ 15,955.64 |
| Uncle Nearest | Landry, Lauren | UNC11581 | 3/14/2026 | 03/27/2026 | National Consumer Events Manager | $ 87,000.16 | $ 3,346.16 | $ 702.69 | $500.00 | $100.00 | $50.00 | $ 965.15 | $ 5,664.00 |
| Uncle Nearest | Madison, William James | UNC10607 | 3/14/2026 | 03/27/2026 | Market Manager | $ 107,099.98 | $ 4,119.23 | $ 865.04 | $500.00 | $100.00 | $50.00 | $ 3,091.16 | $ 8,725.43 |
| Uncle Nearest | Martinez, Evette | UNC11061 | 3/14/2026 | 03/27/2026 | Human Resources | $ 91,093.34 | $ 3,503.59 | $ 735.75 | $500.00 | $75.00 | $75.00 | $ 1,747.04 | $ 6,636.38 |
| Uncle Nearest | Nicholas, Sergio | UNC10716 | 3/14/2026 | 03/27/2026 | Brand Steward | $ 98,146.36 | $ 3,774.86 | $ 792.72 | $500.00 | $100.00 | $50.00 | $ 1,747.04 | $ 6,964.62 |
| Uncle Nearest | Pollock, Steven Alexander | UNC11415 | 3/14/2026 | 03/27/2026 | Director, Mid West Sales | $ 128,520.08 | $ 4,943.08 | $ 1,038.05 | $500.00 | $100.00 | $50.00 | $ 965.15 | $ 7,596.28 |
| Uncle Nearest | Shine, Damian Vincent | UNC11138 | 3/14/2026 | 03/27/2026 | Vice President National & Global Accounts | $ 157,500.46 | $ 6,057.71 | $ 1,272.12 | $500.00 | $100.00 | $50.00 | $ 2,361.50 | $ 10,341.33 |
| Uncle Nearest | Stanford, Constance Rachel | UNC10716 | 3/14/2026 | 03/27/2026 | Brand Steward | $ 78,750.10 | $ 3,028.85 | $ 636.06 | $500.00 | $100.00 | $50.00 | $ 965.15 | $ 5,280.06 |
| Uncle Nearest | Stein, Andrew G | UNC11159 | 3/14/2026 | 03/27/2026 | Manager, Emerging Markets | $ 107,099.98 | $ 4,119.23 | $ 865.04 | $500.00 | $100.00 | $50.00 | $ 1,747.04 | $ 7,381.31 |
| Uncle Nearest | Timms, Jeffrey | UNC10607 | 3/14/2026 | 03/27/2026 | Market Manager | $ 92,400.10 | $ 3,553.85 | $ 746.31 | $500.00 | $100.00 | $50.00 | $ 965.15 | $ 5,915.31 |
| Uncle Nearest | Viny, Alain Abraham | UNC10607 | 3/14/2026 | 03/27/2026 | Market Manager | $ 115,784.76 | $ 4,453.26 | $ 935.18 | $500.00 | $100.00 | $50.00 | $ 3,052.23 | $ 9,090.67 |
| Uncle Nearest | Walden, Lindsay | UNC10809 | 3/14/2026 | 03/27/2026 | Executive Assistant | $ 90,001.60 | $ 3,461.60 | $ 726.94 | $0.00 | $100.00 | $50.00 | $ 3,091.16 | $ 7,429.70 |
| Uncle Nearest | Weaver, Fawn E | UNC11089 | 3/14/2026 | 03/27/2026 | President | $ 95,000.10 | $ 3,653.85 | $ 767.31 | $0.00 | $0.00 | $0.00 | $ 965.15 | $ 5,386.31 |
| | | | | | | | | | | $ - | $ - | | |
| Nearest Green | Aparicio Santiago, Ines | NGD11322 | 3/14/2026 | 03/27/2026 | Janitor | | $ 968.72 | $ 203.43 | | | | 3,065.16 | 4,237.31 |
| Nearest Green | Baker, Cade | NGD1072 | 3/14/2026 | 03/27/2026 | Observer | | $ 1,820.00 | $ 382.20 | | | | 965.15 | 3,167.35 |
| Nearest Green | Cheeves, Miranda | NGD1254 | 3/14/2026 | 03/27/2026 | Bottling Operator | | $ 1,555.34 | $ 326.62 | | | | 1,706.57 | 3,588.53 |
| Nearest Green | Clark, Zackery Roland | NGD1500 | 3/14/2026 | 03/27/2026 | Maintenance Technician | | $ - | $ - | | | | 3,091.16 | 3,091.16 |
| Nearest Green | Claxton, David Michael | NGD0965 | 3/14/2026 | 03/27/2026 | Lead Landscape Maintenance | | $ 2,646.40 | $ 555.74 | | | | 965.15 | 4,167.29 |
| Nearest Green | Cobb, Julie | NGD0913 | 3/14/2026 | 03/27/2026 | Tour Guide | | $ 992.25 | $ 208.37 | | | | 959.09 | 2,159.71 |
| Nearest Green | Donegan, Gavin | NGD0916 | 3/14/2026 | 03/27/2026 | Retail Associate | | $ 913.93 | $ 191.93 | | | | | 1,105.86 |
| Nearest Green | Dotson, Gregory Brent | NGD0913 | 3/14/2026 | 03/27/2026 | Tour Guide | | $ 1,138.84 | $ 239.16 | | | | 934.12 | 2,312.12 |
| Nearest Green | Gossar, Donald | NGD1072 | 3/14/2026 | 03/27/2026 | Observer | | $ 2,716.00 | $ 570.36 | | | | 959.09 | 4,245.45 |
| Nearest Green | Greer, Jameson Blake | NGD1607 | 3/14/2026 | 03/27/2026 | Director, Bottling and Supply Chain | | $ 2,307.70 | $ 484.62 | | | | 1,747.04 | 4,539.35 |
| Nearest Green | Harris, Genevieve | NGD0916 | 3/14/2026 | 03/27/2026 | Retail Associate | | $ 1,080.51 | $ 226.91 | | | | 24.33 | 1,331.74 |
| Nearest Green | Henry, Tamarra | NGD1231 | 3/14/2026 | 03/27/2026 | Shift Manager | | $ 2,387.11 | $ 501.29 | | | | 2,361.50 | 5,249.91 |
| Nearest Green | Jacobson, Riedell | NGD1254 | 3/14/2026 | 03/27/2026 | Bottling Operator | | $ 1,999.94 | $ 419.99 | | | | 965.15 | 3,385.08 |
| Nearest Green | Johnson, Terrell | NGD0913 | 3/14/2026 | 03/27/2026 | Tour Guide | | $ 1,031.94 | $ 216.71 | | | | 869.27 | 2,117.92 |
| Nearest Green | Johnson, Zander | NGD0916 | 3/14/2026 | 03/27/2026 | Retail Associate | | $ 949.62 | $ 199.42 | | | | | 1,149.04 |
| Nearest Green | Leech, Pamela Faye | NGD1132 | 3/14/2026 | 03/27/2026 | Executive Assistant | | $ 4,230.77 | $ 888.46 | | | | 959.09 | 6,078.32 |
| Nearest Green | Locke, Michael Shannon | NGD0960 | 3/14/2026 | 03/27/2026 | Head of Security | | $ 3,230.78 | $ 678.46 | $ 300.00 | | | 878.33 | 5,087.57 |
| Nearest Green | Long, Jonathan Payne | NGD1475 | 3/14/2026 | 03/27/2026 | Assistant General Manager - Retail | | $ 3,461.54 | $ 726.92 | | $ 75.00 | | 965.15 | 5,228.61 |
| Nearest Green | Lopez, Jeremy Enrique | NGD11322 | 3/14/2026 | 03/27/2026 | Janitor | | $ 1,160.00 | $ 243.60 | | | | | 1,403.60 |
| Nearest Green | Lyons, Shirley Damonyai | NGD1254 | 3/14/2026 | 03/27/2026 | Bottling Operator | | $ 1,522.85 | $ 319.80 | | | | | 1,842.65 |
| Nearest Green | Meeks, Christy | NGD1320 | 3/14/2026 | 03/27/2026 | Digital Content & Engagement | | $ 3,846.16 | $ 807.69 | | | | 3,052.23 | 7,706.08 |
| Nearest Green | Michel, Juan Carlos | NGD1254 | 3/14/2026 | 03/27/2026 | Bottling Operator | | $ 1,530.26 | $ 321.35 | | | | | 1,851.61 |
| Nearest Green | Morgan, Jason | NGD0913 | 3/14/2026 | 03/27/2026 | Tour Guide | | $ 1,524.60 | $ 320.17 | | | | | 1,844.77 |
| Nearest Green | Murray, Keely | NGD11272 | 3/14/2026 | 03/27/2026 | Shift Lead | | $ 1,782.69 | $ 374.36 | | | | 965.15 | 3,122.20 |
| Nearest Green | Nogues, Susan Elizabeth | NGD1091 | 3/14/2026 | 03/27/2026 | Director of Retail Merchandising | | $ 5,384.62 | $ 1,130.77 | | $ 75.00 | | 965.15 | 7,555.54 |
| Nearest Green | Northcutt, Xavier | NGD0913 | 3/14/2026 | 03/27/2026 | Tour Guide | | $ 1,140.80 | $ 239.57 | | | | 878.33 | 2,258.70 |
| Nearest Green | Ortiz, Karen | NGD0913 | 3/14/2026 | 03/27/2026 | Tour Guide | | $ 884.00 | $ 185.64 | | | | | 1,069.64 |
| Nearest Green | Paskwietz, Spencer | NGD1609 | 3/14/2026 | 03/27/2026 | Bottling Operator I | | $ 1,730.40 | $ 363.38 | | | | 878.33 | 2,972.11 |
| Nearest Green | Plumley, Tyler | NGD1108 | 3/14/2026 | 03/27/2026 | Custodian | | $ 1,104.48 | $ 231.94 | | | | 965.15 | 2,301.57 |
| Nearest Green | Poole, Tanner | NGD0916 | 3/14/2026 | 03/27/2026 | Retail Associate | | $ 1,162.35 | $ 244.09 | | | | 965.15 | 2,371.59 |
| Nearest Green | Powell, Joseph | NGD1390 | 3/14/2026 | 03/27/2026 | Executive Driver/Transportation Manager | | $ 2,000.00 | $ 420.00 | | | | 965.15 | 3,385.15 |
| Nearest Green | Roper, Janet | NGD1072 | 3/14/2026 | 03/27/2026 | Observer | | $ 1,898.00 | $ 398.58 | | | | 2,361.50 | 4,658.08 |
| Nearest Green | Rose, Phillis Kay | NGD0913 | 3/14/2026 | 03/27/2026 | Tour Guide | | $ - | $ - | | | | | - |
| Nearest Green | Russell, Tasean | NGD1610 | 3/14/2026 | 03/27/2026 | Bottling Operator II | | $ 1,098.00 | $ 230.58 | | | | 965.15 | 2,293.73 |
| Nearest Green | Segroves, Chadrick Wayne | NGD1254 | 3/14/2026 | 03/27/2026 | Bottling Operator | | $ 1,903.28 | $ 399.69 | | | | 3,052.23 | 5,355.19 |
| Nearest Green | Washington, Isiah M | NGD1608 | 3/14/2026 | 03/27/2026 | Director, Whiskey Operations | | $ 3,461.54 | $ 726.92 | | | | 1,747.04 | 5,935.50 |
| Nearest Green | Wells, Ashley | NGD0916 | 3/14/2026 | 03/27/2026 | Retail Associate | | $ 1,548.62 | $ 325.21 | | | | 934.12 | 2,807.96 |
| Nearest Green | Whorley, Kayla | NGD1258 | 3/14/2026 | 03/27/2026 | Lead Observer | | $ 1,702.80 | $ 357.59 | | | | 959.09 | 3,019.48 |
| | | | | | | $ 156,197.41 | $ 32,801.46 | $ 8,300.00 | $ 2,045.00 | $ 875.00 | $73,489.45 | $273,708.31 | |