

**SO ORDERED.**
**SIGNED this 19th day of March, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

Suzanne H. Bauknight
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## KNOXVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| UNCLE NEAREST, INC.; | ) | Case No. 3:26-bk-30470 |
| NEAREST GREEN DISTILLERY, INC.; | ) | Case No. 3:26-bk-30471 |
| UNCLE NEAREST REAL ESTATE | ) | Case No. 3:26-bk-30472 |
| HOLDINGS, LLC; | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Judge Suzanne Bauknight |

---

### ORDER TO SET EXPEDITED HEARING ON FCMA'S MOTION TO DISMISS BANKRUPTCY CASES OR, IN THE ALTERNATIVE, APPOINT PHILLIP G. YOUNG, JR. AS CHAPTER 11 TRUSTEE

This matter is before the Court on Farm Credit Mid-America, PCA's ("FCMA" or the

"Lender") Motion to Set Expedited Hearing on FCMA's Motion to Dismiss Bankruptcy Cases,

or in the Alternative, Appoint Phillip G. Young, Jr. as Chapter 11 Trustee (the "Motion to Set").

The Court finds the Motion to Set to be well taken, and for cause good shown, it is hereby

ORDERED that the Motion to Set is Granted and that the Hearing on FCMA's Motion to

219333451_3

Dismiss Bankruptcy Cases, or in the Alternative, Appoint Phillip G. Young, Jr. as Chapter 11

Trustee Bankruptcy Cases shall be set for an expedited hearing before this Court.


### 

Tendered by:

/s/ Erika R. Barnes
Erika R. Barnes (TN Bar No. 028628)
STITES & HARBISON PLLC
401 Commerce St., Suite 800
Nashville, TN 37219
Telephone: (615) 782-2252
Email:  ebarnes@stites.com

- and-

Demetra Liggins (*pro hac vice motion pending*)
Dairanetta S. Spain (TN Bar No. 039981)
McGUIREWOODS LLP
Texas Tower
845 Texas Ave., Suite 2400
Houston, TX  77002
Telephone: (713) 353-6661
Email:  dliggins@mcguirewoods.com
 dspain@mcguirewoods.com

M. Alexandra Shipley (*pro hac vice motion pending*)
McGUIREWOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
Telephone: (312) 849-8253
Email:  ashipley@mcguirewoods.com

*Attorneys for Farm Credit Mid-America, PCA*

219333451_3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 19, 2026, a true and correct copy of the Motion to Set Expedited Hearing on Farm Credit Mid-America, PCA's Motion to Dismiss Bankruptcy Cases or, in the Alternative, Appoint Phillip G. Young, Jr. as Chapter 11 Trustee and the proposed orders, respectively, was served on all parties entitled to service via this Court's ECF/CMF system, including upon the following:

Lynn Tarpy
Kelli D. Holmes
Tarpy, Cox, Fleishman & Leveille, PLLC
Landmark Center North Tower
1111 N. Northshore Drive, Suite N-290
Knoxville, TN 37919
Ltarpy@tcflattorneys.com
kholmes@tcflattorneys.com

Office of the United States Trustee
800 Market Street
Suite 114
Knoxville, TN 37902

Phillip G. Young, Jr.
Justin T. Campbell
Thompson Burton PLLC
1801 West End Avenue, Suite 1550
Nashville, TN 37203

/s/ Erika R. Barnes
Erika Barnes

219333451_3