**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE**

In re

**UNCLE NEAREST, INC.**        **Case No. 3:26-bk-30470-SHB**

   **Debtor**                          **Chapter 11**

## NOTICE OF APPEAL

Comes Counsel for the Debtor, and pursuant to 28 U.S.C. § 158(a) and Rule 8002 of the

Federal Rules of Bankruptcy Procedure and hereby appeals from the Order [Doc. No. 48] entered

on March 19, 2026, by Bankruptcy Judge Suzanne H. Bauknight in this bankruptcy case by which

the Bankruptcy Court granted the Receiver's Expedited Motion to

1. Dismiss Bankruptcy Cases or, in the Alternative to Recognize Receiver as Authorized Representative of the Debtors [Doc 8]; and

2. Motion to Dismiss Bankruptcy Cases or, in the Alternative, Appoint Phillip G. Young, Jr. as Chapter 11 Trustee [Doc 25].

The names of all parties to the Order appealed from are as follows:

> Party:        Phillip G. Young, Jr., Receiver
> Attorney:     Justin T. Campbell, Esq.
>               Thompson Burton PLLC
>               1801 West End Avenue, Suite 1550
>               Nashville, TN  37203
>
> Party:        Farm Credit Mid-America, PCA
> Attorneys:    Erika R. Barnes
>               Stites & Harbison PLLC
>               401 Commerce St., Suite 800
>               Nashville, TN  37219
>
>               Dairanetta S. Spain, Esq.
>               McGuirewoods LLP
>               845 Texas Ave., Suite 2400
>               Houston, TS 77002
>
>               M. Alexandra Shipley, Esq.
>               McGuirewoods LLP
>               77 West Wacker Drive, Suite 4100

Chicago, IL 60601

Dated: March 20, 2026

s/ *Kelli D. Holmes*
Kelli D. Holmes (042256)
Lynn Tarpy (006017)
Attorney for the Debtor
Tarpy, Cox, Fleishman & Leveille, PLLC
1111 N. Northshore Drive, Suite N-290
Knoxville, Tennessee  37919
(865) 588-1096
kholmes@tcflattorneys.com
ltarpy@tcflattorneys.com