**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE**

In re

**UNCLE NEAREST, INC.**          **Case No. 3:26-bk-30470-SHB**

      **Debtor**                          **Chapter 11**

## AMENDED NOTICE OF APPEAL

Comes Counsel for the Debtor, and pursuant to 28 U.S.C. § 158(a) and Rule 8002 of the

Federal Rules of Bankruptcy Procedure and hereby appeals from the Order [Doc. No. 48] entered

on March 19, 2026, by Bankruptcy Judge Suzanne H. Bauknight in this bankruptcy case by which

the Bankruptcy Court granted the Receiver's Expedited Motion to

1.  Dismiss Bankruptcy Cases or, in the Alternative to Recognize Receiver as Authorized Representative of the Debtors [Doc 8]; and

2.  Motion to Dismiss Bankruptcy Cases or, in the Alternative, Appoint Phillip G. Young, Jr. as Chapter 11 Trustee [Doc 26].

The names of all parties to the Order appealed from are as follows:

    Party:      Phillip G. Young, Jr., Receiver
    Attorney:  Justin T. Campbell, Esq.
              Thompson Burton PLLC
              1801 West End Avenue, Suite 1550
              Nashville, TN  37203

    Party:      Farm Credit Mid-America, PCA
    Attorneys:  Erika R. Barnes
              Stites & Harbison PLLC
              401 Commerce St., Suite 800
              Nashville, TN  37219

              Dairanetta S. Spain, Esq.
              McGuirewoods LLP
              845 Texas Ave., Suite 2400
              Houston, TS 77002

              M. Alexandra Shipley, Esq.
              McGuirewoods LLP
              77 West Wacker Drive, Suite 4100

Chicago, IL 60601

Dated: March 20, 2026

s/ *Kelli D. Holmes*
Kelli D. Holmes (042256)
Lynn Tarpy (006017)
Attorney for the Debtor
Tarpy, Cox, Fleishman & Leveille, PLLC
1111 N. Northshore Drive, Suite N-290
Knoxville, Tennessee  37919
(865) 588-1096
kholmes@tcflattorneys.com
ltarpy@tcflattorneys.com