**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**


**In re**

**UNCLE NEAREST, INC.**         **Case No. 3:26-bk-30470-SHB**

    **Debtor**                    **Chapter 11**


**SECOND AMENDED NOTICE OF APPEAL**

Comes Counsel for the Debtor, and pursuant to 28 U.S.C. § 158(a) and Rule 8002 of the

Federal Rules of Bankruptcy Procedure and hereby appeals from the Supplemental Memorandum

Opinion on Motions to Dismiss[1] [Doc. 72] entered on March 23, 2026 and Order [Doc. No. 48]

entered on March 19, 2026, by Bankruptcy Judge Suzanne H. Bauknight in this bankruptcy case

by which the Bankruptcy Court granted the Receiver's Expedited Motion to

1. Dismiss Bankruptcy Cases or, in the Alternative to Recognize Receiver as Authorized
   Representative of the Debtors [Doc 8]; and

2. Motion to Dismiss Bankruptcy Cases or, in the Alternative, Appoint Phillip G.
   Young, Jr. as Chapter 11 Trustee [Doc 26].

The names of all parties to the Order appealed from are as follows:


Party:       Phillip G. Young, Jr., Receiver
Attorney:    Justin T. Campbell, Esq.
             Thompson Burton PLLC
             1801 West End Avenue, Suite 1550
             Nashville, TN  37203


Party:       Farm Credit Mid-America, PCA
Attorneys:   Erika R. Barnes
             Stites & Harbison PLLC
             401 Commerce St., Suite 800
             Nashville, TN  37219

---

[1] Docket Number 72 is also identified as "Findings of Fact and Conclusions of Law" on the docket.

Dairanetta S. Spain, Esq.
McGuirewoods LLP
845 Texas Ave., Suite 2400
Houston, TS 77002

M. Alexandra Shipley, Esq.
McGuirewoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601

Dated: April 2, 2026

s/*Kelli D. Holmes*
Kelli D. Holmes (042256)
Lynn Tarpy (006017)
Attorney for the Debtor
Tarpy, Cox, Fleishman & Leveille, PLLC
1111 N. Northshore Drive, Suite N-290
Knoxville, Tennessee  37919
(865) 588-1096
kholmes@tcflattorneys.com
ltarpy@tcflattorneys.com