# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

In Re:                                      Bankruptcy Case No.:

                                            Chapter:




        Debtor(s)


## TRANSMITTAL OF RECORD ON APPEAL
## TO THE UNITED STATES DISTRICT COURT


NOTICE OF APPEAL:

        Date Filed: _____      Docket Entry No.: _____

        Filed By: _____

        Attorney: _____

        Filing Fee: _____

ORDER/JUDGMENT BEING APPEALED:

        Order Entered: _____     Docket Entry No.: _____

DESIGNATIONS:

        Appellant Designation Filed:_____ Docket Entry No.: _____

        Appellee Designation Filed: _____ Docket Entry No.: _____


The record on appeal is available electronically via CM/ECF.

        Dated: _____


                                            Christopher Call
                                            Clerk of the Bankruptcy Court


                                            By: _____
                                                Deputy Clerk